# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 15-1 |
| | : | |
| DMITRIJ HARDER | : | |

## O R D E R

Trial in this matter is set to begin on May 3, 2016.  **AND NOW,** this 21st day of March, 2016, it is hereby **ORDERED** that:

1) A hearing in the above-captioned matter will be held on **Friday, April 8, 2016** at 9:30 a.m. in Courtroom 6B, United States District Court, 601 Market Street, Philadelphia, PA 19106.  The Parties shall be prepared to address the Government's Motion to Admit Record Phone Calls Pursuant to United States v. Starks.  (Doc. No. 32.)

2) A final pre-trial conference will be held on **Thursday**, **April 28, 2016** at 9:30 a.m. in Courtroom 6B.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.