**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 2:15-cr-01-PD |
| | : | |
| **DMITRIJ HARDER** | : | |
| | : | |

**DEFENDANT'S NOTICE REGARDING**
**THE GOVERNMENT'S *STARKS* MOTION**

Defendant Dmitrij Harder, by and through his undersigned counsel, respectfully submits this notice regarding the government's motion to admit recorded phone calls pursuant to *United States v. Starks* (Docket No. 32). Following discussions with the government, Mr. Harder hereby withdraws his opposition to the government's motion (Docket No. 69) and notifies the Court that is no longer necessary to hold a *Starks* hearing for the government to establish the authenticity of the recordings it seeks to offer at trial. Mr. Harder reserves the right to object to admissibility of the recordings on other grounds, including on the basis that such recordings may not qualify for admission as co-conspirator statements under Fed. R. Evid. 801(d)(2)(E) (*see* Docket No. 68) to the extent permitted by the Court's Order dated March 21, 2016. (Docket No. 109).

March 28, 2016                              Respectfully submitted,

**LACHEEN & WITTELS LLP**

By:    /s/ Stephen LaCheen
       Stephen LaCheen
1429 Walnut Street, 13th Floor
Philadelphia, PA 19102
slacheen@slacheen.cnc.net
(215) 735-5900

**BLANK ROME LLP**

By:  /s/ Ian M. Comisky
      Ian M. Comisky
      Matthew D. Lee
One Logan Square, 130 N. 18th Street
Philadelphia PA  19103
Phone:  (215) 569-5646
Fax:  (215) 832-5646
Comisky-im@blankrome.com
Lee-m@blankrome.com
*Attorneys for Dmitrij Harder*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2016, I caused a true and correct copy of the foregoing to be served upon the following by way of the court's electronic filing system:

Michelle Morgan
U.S. Attorney's Office
615 Chestnut St.
Suite 1250
Philadelphia, PA 19106

Jason D. Linder
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005

*Matthew D. Lee*
Matthew D. Lee